UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| VERICK VICTOR MASON,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>TRINA LEWIS, et al.<br><br>　　　　　　　　Defendants. | CASE NO. C20-6224 BHS-DWC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 33. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

　　(1)　The R&R is **ADOPTED**;

　　(2)　Defendants NaphCare, Inc., John Sloughthower, and Jessica William's motion to dismiss, Dkt. 22, is **GRANTED**, and the Clerk shall terminate them as defendants;

ORDER - 1

(3)  Plaintiff's motion for extension of time, Dkt. 30, is **GRANTED** and motion "For Judge to Order NaphCare to Adhere to Medical Needs," Dkt. 17, is **DENIED as moot**;

(4)  Defendants' motion to strike, Dkt. 29, is **DENIED as moot**; and

(5)  This matter is re-referred to Judge Christel for further proceedings.

Dated this 24th day of August, 2021.

BENJAMIN H. SETTLE
United States District Judge