UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| VERICK VICTOR MASON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WATKINS, et al.,<br><br>　　　　　Defendant. | CASE NO. 3:20-cv-06224-DGE-DWC<br><br>ORDER RENOTING MOTIONS FOR SUMMARY JUDGMENT |

The District Court has referred this action filed under 42 U.S.C. § 1983 to United States Magistrate Judge David W. Christel. Currently pending before the Court are Plaintiff's Motion for Summary Judgment (Dkt. 39) and Defendants' Cross Motion for Summary Judgment (Dkt. 42).

District courts have "the inherent authority to manage their dockets and courtrooms with a view toward the efficient and expedient resolution of cases." *Dietz v. Bouldin*, 136 S. Ct. 1885, 1892 (2016). The Court has inherent power to control its docket "in a manner which will promote economy of time and effort for itself, for counsel, and for litigants." *CMAX, Inc. v. Hall*,

300 F.2d 265, 268 (9th Cir. 1962). The exercise of this power is left to the Court's discretion. *Lockyer v. Mirant Corp.*, 398 F.3d 1098, 1112, 1113 (9th Cir. 2005).

On December 17, 2021, the Court re-noted Plaintiff's Motion for Summary Judgment (Dkt. 39) to December 17, 2021—the date Defendants' cross-motion (Dkt. 42) comes ready for consideration. Dkt. 46. Meanwhile, Defendants filed a Reply on December 16, 2021 (Dkt. 44) indicating Plaintiff is out of custody and should therefore be permitted extra time to respond to Defendants' motion for summary judgment (Dkt. 42). Accordingly, the Court hereby re-notes both pending motions for summary judgment to January 14, 2022.

The Clerk is also directed to update Plaintiff's address on the docket as:

> Verick Victor Mason
> 510 East 36th Street
> Tacoma, WA 98404

*See* Dkt. 45 at 4.

IT IS SO ORDERED.

Dated this 4th day of January, 2022.

*[signature]*

David W. Christel
United States Magistrate Judge