UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| VERICK VICTOR MASON,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>WATKINS, et al.,<br><br>　　　　　　　　Defendants. | NO. 3:20-cv-06224-DGE<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Judge David W. Christel, United States Magistrate Judge, objections to the Report and Recommendation, if any, and the remaining record, hereby finds and ORDERS:

1. The Court ADOPTS the Report and Recommendation (Dkt. No. 49).

2. Plaintiff's Motion for Summary Judgment (Dkt. No. 39) is DENIED with prejudice.

3. Defendants' Cross Motion for Summary Judgment (Dkt. No. 42) is GRANTED.

4. The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Honorable David W. Christel.

1 | Dated this 28th day of February, 2022.

_____
David G. Estudillo
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 2